## In re SWAN & FINCH CO.

(Court of Appeals of District of Columbia. Submitted May 19, 1919. Decided June 2, 1919.)

No. 1235, Patent Appeals.

TRADE-MARKS AND TRADE-NAMES ☞3(4)—REGISTRATION—"SLO FLO"—LUBRI-
CATING GREASE.

"Slo Flo," as a trade-mark for lubricating grease for high speed ma-
chines, is not entitled to registration, since the quality of flowing slowly
is essential to such a product, and the quoted words are descriptive.

Appeal from the Commissioner of Patents.

Application by the Swan & Finch Company to register a trade-mark.
From a Patent Office decision, refusing registration, the applicant ap-
peals. Affirmed.

Perry B. Turpin, of Washington, D. C., for appellant.

Theodore A. Hostetler, of Washington, D. C., for Commissioner
of Patents.

ROBB, Associate Justice. Appeal from a decision of the Patent
Office refusing to register the words "Slo Flo" as a trade-mark "for
lubricating grease for high speed machines"; the ground of the decision
being that the words are descriptive of character or quality.

The Examiner pointed out that "the essential properties of lubri-
cating grease for high speed machinery are a high flashing point and
viscosity, or the quality of flowing slowly." Applicant evidently had
these properties in mind when, a few days prior to the filing of the
application, it adopted this mark.

The decision is affirmed.

Affirmed.

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes